CO-386-online<br>10/03

# United States District Court
# For the District of Columbia

Certain Underwriters at Lloyds London, each severally subscribing )
to insurance policies, each for his own part and not one for the )
other, numbered AE2141B and VS5057L et al. )
)
)
       Plaintiff )  Civil Action No._____
  VS )
)
Great Socialist People's Libyan Arab )
Jamahiriya a/k/a LIBYA, et al. )
)
)
       Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Certain Underwriters at Lloyds London__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Certain Underwriters at Lloyds London__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

462055
BAR IDENTIFICATION NO.

Tracy Reichman Kalik
Print Name

1146 19th Street, NW 5th Floor
Address

Washington DC  20036
City    State   Zip Code

202-463-1818
Phone Number