CO-386-online
10/03

# United States District Court
# For the District of Columbia

Certain Underwriters at Lloyds London, each severally subscribing )
to insurance policies, each for his own part and not one for the )
other, numbered AE2141B and VS5057L et al. )
)
)
       Plaintiff )  Civil Action No._____
   vs )
)
Great Socialist People's Libyan Arab )
Jamahiriya a/k/a LIBYA, et al. )
)
)
      Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Allianz Cornhill Insurance PLC__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Allianz Cornhill Insurance PLC__ which have

any outstanding securities in the hands of the public:

Allianz Group
Fireman's Fund
FFIC


These representations are made in order that judges of this court may determine the need for recusal.

                 Attorney of Record

                 _/s/ Tracy Reichman Kalik_
                 Signature

462055               Tracy Reichman Kalik
BAR IDENTIFICATION NO.        Print Name

                 1146 19th Street, NW 5th Floor
                 Address

                 Washington DC  20036
                 City     State   Zip Code

                 202-463-1818
                 Phone Number