CO-386-online
10/03

# United States District Court
# For the District of Columbia

Certain Underwriters at Lloyds London, each severally subscribing )
to insurance policies, each for his own part and not one for the )
other, numbered AE2141B and VS5057L et al. )
)
)
                             Plaintiff )    Civil Action No._____
        vs )
)
Great Socialist People's Libyan Arab )
Jamahiriya a/k/a LIBYA, et al. )
)
                           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Minister Insurance Company Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Minister Insurance Company Ltd.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

                                                    Attorney of Record

                                                    _____
                                                    Signature

__462055__
BAR IDENTIFICATION NO.

                                                    Tracy Reichman Kalik
                                                    Print Name

                                                    1146 19th Street, NW 5th Floor
                                                    Address

                                                    Washington  DC     20036
                                                    City           State       Zip Code

                                                    202-463-1818
                                                   Phone Number