CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Certain Underwriters at Lloyds London, each severally subscribing to insurance policies, each for his own part and not one for the other, numbered AE2141B and VS5057L et al. | ) ) ) ) |
| **Plaintiff** | ) ) Civil Action No._____ |
| vs | ) |
| Great Socialist People's Libyan Arab Jamahiriya a/k/a LIBYA, et al. | ) ) ) |
| **Defendant** | ) ) |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___MMO/New York Marine and General___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___MMO/New York Marine and General___ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

462055
BAR IDENTIFICATION NO.

Tracy Reichman Kalik
Print Name

1146 19th Street, NW 5th Floor
Address

Washington  DC      20036
City           State           Zip Code

202-463-1818
Phone Number