CO-386-online
10/03

# United States District Court
# For the District of Columbia

Certain Underwriters at Lloyds London, each severally subscribing )
to insurance policies, each for his own part and not one for the )
other, numbered AE2141B and VS5057L et al. )
)
)
                        Plaintiff )
      vs )    Civil Action No._____
)
Great Socialist People's Libyan Arab )
Jamahiriya a/k/a LIBYA, et al. )
)
)
                       Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Sovereign Marine & General Insurance Co. Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sovereign Marine & General Insurance Co. Ltd.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

                                          Attorney of Record

                                          _[signature]_
                                          Signature

462055
BAR IDENTIFICATION NO.                Tracy Reichman Kalik
                                          Print Name

                                          1146 19th Street, NW 5th Floor
                                          Address

                                          Washington  DC     20036
                                          City           State       Zip Code

                                          202-463-1818
                                          Phone Number