CO-386-online
10/03

# United States District Court
# For the District of Columbia

Certain Underwriters at Lloyds London, each severally subscribing  )
to insurance policies, each for his own part and not one for the  )
other, numbered AE2141B and VS5057L et al.  )
                                            )
                                            )
                    Plaintiff               )    Civil Action No._____
            VS                              )
                                            )
Great Socialist People's Libyan Arab        )
Jamahiriya a/k/a LIBYA, et al.              )
                                            )
                                            )
                    Defendant               )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __La Reunion Aerienne__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __La Reunion Aerienne__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

462055
BAR IDENTIFICATION NO.

Tracy Reichman Kalik
Print Name

1146 19th Street, NW 5th Floor
Address

Washington   DC      20036
City         State    Zip Code

202-463-1818
Phone Number