UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Certain Underwriters at Lloyds London, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-cv-504 (GK) |
| Socialist People's Libyan Arab Jamahirya, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO CONSOLIDATE**

COME NOW the Plaintiffs, by and through counsel and hereby move this Honorable Court to consolidate the above referenced matter with *Certain Underwriters at Lloyds London, et al. v. Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No. 06-731 (*Lloyds I*). In support of this Motion, the Plaintiffs state as follows:

1. On July 2, 2008, the parties filed a Joint Praecipe with the Court which addressed issues relating to the further proceedings in the above referenced case, including the possible consolidation of the this matter with *Lloyds I* , with the *Lloyds I* matter remaining as the senior action in the consolidated proceedings.

2. At that time, counsel for the Defendants indicated that if the Court did not dismiss this Complaint for duplicative reasons[1], they would consent to the

---

[1] Contemporaneous with the filing of this Motion, the Libyan Defendants are expected to file a Motion to Dismiss the Complaint in this matter, *Lloyds II,* limited to arguing that the Court should dismiss this action as being duplicative of the *Lloyds I* action.  Plaintiffs' opposition to that motion is due to be filed on August

consolidation of *Lloyds I* and *Lloyds II* for further proceedings before the Court.

3. Rule 42(a) of the Federal Rules of Civil Procedure provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order all of the actions consolidated." Fed. R. Civ. P. 42(a).

4. "Consolidation is particularly appropriate when the actions are likely to involve substantially the same witnesses and arise from the same series of events or facts." *Blasko v. Washington Metropolitan Area Transit Authority*, 243 F.R.D. 13, 15 (D.D.C. 2007).

5. Here, the actions arise from the same event, the November 23, 1985 hijacking of EgyptAir Flight 648, and involve the same witnesses and evidence. Although there may be different questions of law arising out of the application of 28 U.S.C. § 1605A to the Plaintiffs' claims, judicial economy will be best served if the matters are consolidated and the parties are permitted to address these matters in a single consolidated action.

WHEREFORE, as the parties have agreed that if the Court does not dismiss this matter as duplicative, judicial economy favors proceeding in a consolidated action, Plaintiffs hereby move the Court, pursuant to Fed.R.Civ.P. 42(a), to consolidate this matter with *Lloyds I,* with the *Lloyds I* action remaining the senior action. A proposed order is attached.

---

26, 2008. Plaintiffs' proffer, for reasons that will be set forth more fully in their opposition papers, that the Court should deny the limited Motion to Dismiss, as this matter is not duplicative, and is essential to protecting the Plaintiffs' rights to proceed under Section 1083 of the newly enacted National Defense Authorization Act ("NDAA"), as codified at 28 U.S.C. §1605A. *See Simon, et al. v. Republic of Iraq*, No. 06-7178 2008 WL 249741 at *4 (D.C. Cir. June 24, 2008) (in order to claim the benefits of §1605A, a plaintiff must file a new action under that provision).

July 25, 2008                              Respectfully Submitted,

**Counsel for the Plaintiffs**:


HEIDEMAN NUDELMAN
 & KALIK, P.C.
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By:  /s/*Richard D. Heideman*_____
   _/s/ Tracy Reichman Kalik_____
   Richard D. Heideman (No. 377462)
   Noel J. Nudelman (No. 449969)
   Tracy Reichman Kalik (No. 462055)

PERLES LAW FIRM, P.C

Steven R. Perles (No. 326975)
Edward MacAllister
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:    202-955-3806

G:\Clients\EA Hull Case\Pleadings\1605A Action\Pleadings\Motion to Consolidate\Motion.072508.doc

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-cv-504 (GK) |
| Socialist People's Libyan Arab Jamahirya, et al. | ) |
| Defendants. | ) |

## **ORDER**

This matter having come before the Court on Plaintiffs' Motion to Consolidate, and the Court having been sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs' Motion is GRANTED, and pursuant to Fed. R. Civ. P. 42(a) this matter shall be consolidated with *Certain Underwriters at Lloyds London, et al v. Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No. 06-731 (*Lloyds I*). The *Lloyds I* action shall be the senior lead action in the consolidated action.

IT IS SO ORDERED on this the _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge